IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Steven T. Carrigan, <br><br> Debtor | Chapter 13 <br> Case No. 23-11118 |

MOTION FOR EXTENSION OF TIME

NOW COMES Steven T. Carrigan, debtor, and respectfully moves the court for an extension of time to file the documents needed to proceed with his case. Mr. Carrigan stated to counsel that he was unable to complete assembly of the necessary documents and provide them to counsel due to what appears to have been a medical emergency relating to a child. Thus he requests an additional fourteen days, to August 11, to file the documents. The first meeting of creditors is scheduled for August 22.

July 31, 2023

                                          Respectfully submitted,
                                          Steven T. Carrigan,
                                          By his attorney,

                                          /s/ *David G. Baker*
                                          David G. Baker, Esq.
                                          255 Massachusetts Avenue #614
                                          Boston, MA   02115
                                          (617) 340-3680
                                          BBO# 634889

CERTIFICATE OF SERVICE

The undersigned states upon information and belief that the within Motion was served on the parties named below by the court's CM/ECF system on the date set forth below.

July 31, 2023

                                          Respectfully submitted,

                                          /s/ *David G. Baker*
                                          David G. Baker, Esq.

- Carolyn Bankowski-13-12 - 13trustee@ch13boston.com
- Richard C. Demerle on behalf of Creditor U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust as serviced by SN Servicing Corporation - RDemerle@DHNewEngland.com, bankruptcy@DHNewEngland.com
- Richard King - B - USTPRegion01.BO.ECF@USDOJ.GOV
- Michael E Swain on behalf of Creditor U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust as serviced by SN Servicing Corporation - mswain@dhnewengland.com, bankruptcy@dhnewengland.com